UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**YUGOIMPORT SDPR J.P.**  :
Bulevar umetnost 2  :
11070 Novi Beograd,  :
Serbia and Montenegro  :
    *Plaintiff*  :
  :
  :
And  :
  :
**MFK CORPORATION LTD**  :
International Conference Centre  :
Suite 153  :
Kampala, Uganda  :
    *Plaintiff*  :
  :
  :
vs.  :
  :
**THE UNITED STATES**  :
**DEPARTMENT OF THE**  :
**TREASURY**  :
    *Defendant*  :
  :
And  :
  :
**THE OFFICE OF FOREIGN**  :
**ASSETS CONTROL**  :
    *Defendant*  :

**COMPLAINT**
(Freedom of Information Act)

COME NOW plaintiffs, YugoImport SPDR J.P. (hereinafter "YugoImport") and MFK Corporation Ltd. of Uganda, ("MFK," collectively with YugoImport "Plaintiffs"), by and through undersigned counsel, and, pursuant to F.R. Civ. Proc. 7, for a demand state and aver as follows:

## JURISDICTION AND VENUE

1.  Jurisdiction and venue are founded on 5 U.S.C. §552(a) (4)(B). Jurisdiction is also based on 28 U.S.C. § 1331. Venue is also proper pursuant to 28 U.S.C. § 1391(e).

## PARTIES

2.  Plaintiff Yugoimport is a corporation organized under the laws of Serbia and Montenegro(Yugoslavia) and is a "person" within the meaning of 5 U.S.C. § 551(1).

3.  Plaintiff MFK is a corporation organized under the laws of Uganda, and is a "person" within the meaning of 5 U.S.C. § 551(1).

4.  Defendant the United States Department of the Treasury ("Treasury") is an "agency" of the United States within the meaning of 5 U.S.C. § 551(1).

5.  Defendant Office of Foreign Assets Control ("OFAC") is an "agency" within the U.S. Treasury Department and it administers and enforces economic and trade sanctions against targeted foreign countries, including Sudan, and including terrorism-sponsoring organizations, and international narcotics traffickers.

## STATEMENT OF FACTS

6.  On July 27, 2005, Plaintiffs, at all times pertinent to the averments of this Complaint acting for themselves and on behalf of their American joint venturers, and by and through counsel in the District of Columbia, directed by letter to Treasury and to OFAC a request for the following under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"): All records related to, or identifying, or describing assets of the Republic of Sudan that have been blocked and the value and the location of those assets; and all records relating to license applications that have been made, or are pending, or have been issued with regard to the Republic of Sudan. ("The Requested Documents"). A true and

2

correct copy of that letter is appended hereto as Exhibit A, and is adopted and incorporated herein by reference as if specifically set out herein.

7.     On August 3, 2005, Treasury responded, *inter alia*, that a response would be sent "as soon as possible." A true and accurate copy of that response is annexed hereto as Exhibit B, and is adopted and incorporated herein by reference as if specifically set forth herein.

8.     On September 9, 2005, Plaintiffs, by and through counsel in the District of Columbia, directed by letter to Treasury and OFAC a request for information on the status of the July 27, 2005 request. A true and accurate copy of that response, without the attachments, is annexed hereto as Exhibit C, and is adopted and incorporated herein by reference as if specifically set forth herein.

9.     On September 14, 2005 Treasury responded that the request had been forwarded to OFAC. A true and accurate copy of that response is annexed hereto as Exhibit D, and is adopted and incorporated herein by reference as if specifically set forth herein.

10.    On January 3, 2006, Plaintiffs, by and through counsel in the District of Columbia, directed by letter to Treasury and OFAC a request for information on the status of the July 27, 2005 request. A true and accurate copy of that response, without the attachments, is annexed hereto as Exhibit E, and is adopted and incorporated herein by reference as if specifically set forth herein.

11.    On January 10, 2005 Treasury responded that the request had been forwarded to OFAC. A true and accurate copy of that response is annexed hereto as Exhibit F, and is adopted and incorporated herein by reference as if specifically set forth herein.

12.    Plaintiffs have not received any documents from Treasury or from OFAC.

13. Plaintiffs have not received from Treasury or from OFAC any documents, information or notices other than that set out in Exhibits B, C and D.

## COUNT ONE (FOIA)

14. Plaintiffs adopt and incorporate herein by reference as if specifically set forth herein the averments of paragraphs one through 13 of the Complaint.

15. Defendants, and each of them, are agencies.

16. Defendants, and each of them, are subject to the requirements of FOIA, and have promulgated regulations thereunder, including 31 C.F.R. § 501.805(a).

17. The Requested Documents are in the possession and the control of Defendants, and each of them.

18. The Defendants have not asserted any exemptions applicable to the Requested Documents.

19. The Defendants have not objected to or otherwise rejected the request for production of the Requested Documents, nor have the Defendants provided notice or information regarding any right of appeal.

20. The Defendants have failed to timely respond to the request for production of the Requested Documents.

21. Plaintiffs have exhausted their administrative remedies.

22. The Defendants have advised plaintiffs in a telephone discussion that the Requested Documents can only be obtained from the Defendants through a FOIA request.

WHEREFORE, by all these presents, counsel for Plaintiffs demands:

1. Entry of a judgment, order and decree enjoining Defendants from withholding the Requested Documents, and directing defendants to forthwith produce the Requested Documents;

2. An award of attorneys fees, and costs; and

3. Such other relief as may be just and proper.

Respectfully submitted,

Philip M. Musolino, Esq. #294652
*Musolino & Dessel*
1615 L Street, N.W., Suite 440
Washington, D.C. 20036
(202) 466-3883
*Voice*: (202) 466-3883
*Fax*:   (202) 775-7477
*Email*: pmusolino@musolinoanddessel.com

Sylvia J. Rolinski, Esq. # 430573
*Rolinski & Suarez, LLP*
14915 River Road
Potomac, Maryland 20854
*Voice*: (240) 632-0903
*Fax*:   (240) 632-0906
*Email*: srolinski@rolinski.com

# MUSOLINO & DESSEL
### Attorneys At Law

PHILIP M. MUSOLINO
LISA J. DESSEL

Counsel to the Firm:
RENA SCHILD
MAUREEN T. CANNON

PHILIP M. MUSOLINO
pmusolino@musolinoanddessel.com

1615 L Street, N.W.
Suite 440
Washington, DC 20036
Telephone: (202) 466-3883
Telecopier: (202) 775-7477

July 27, 2005

**VIA FACSIMILIE**
Alana Johnson
Disclosure Services
Department of the Treasury
Washington, DC 20220

    **RE: Freedom of Information Act Request**

Dear Ms. Johnson:

    I request from the Office of Foreign Asset Control and the Department of Treasury that a copy of the following documents [or documents containing the following information] in regard to the Republic of Sudan be provided to me:

1)    All records related to, or identifying, or describing assets that have been blocked and the value and location of those assets; and
2)    All records relating to license applications that have been made, or are pending, or have been issued

    Copies are not necessary. Please be advised that I am an attorney seeking information for use in a current case and I am willing to pay fees for this request.

    Thank you for your consideration of this request.

                              Sincerely,

                              Philip M. Musolino

EXHIBIT A



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20020

August 3, 2005

RE: 2005-08-005

Mr. Phillip M. Musolino
Musolino & Dessel Attorneys At Law
1615 L. St., N.W., Ste. 440
Washington, DC 20036

Dear Mr. Musolino:

Your Freedom of Information Act (FOIA) request dated July 27, 2005, was received in this office.

The office to which your request has been assigned is experiencing a substantial backlog of FOIA requests and cannot meet the normal time limits. They have established an orderly procedure for responding to requests, which is generally on a first-in, first-out basis. Be assured that your request will be answered as soon as possible.

Further inquiries concerning this request should make reference to the identification number at the top of this letter and should be faxed to 202-622-3895 or mailed to:

> FOIA/PA Request
> Disclosure Services
> Department of the Treasury
> Washington, DC 20220

Sincerely,

Alana Johnson
Director, Disclosure Services

EXHIBIT
B

**MUSOLINO & DESSEL**
*Attorneys At Law*

PHILIP M. MUSOLINO
LISA J. DESSEL

Counsel to the Firm:
RENA SCHILD
MAUREEN T. CANNON

PHILIP M.MUSOLINO
pmusolino@musolinoanddessel.com

1615 L Street, N.W.
Suite 440
Washington, DC 20036
Telephone: (202) 466-3883
Telecopier: (202) 775-7477

September 9, 2005

*VIA FACSIMILE (202) 622-3895*

Alana Johnson
Disclosure Services
Department of Treasury
Washington, DC 20220

    *RE:*    *2005-08-005*

Dear Ms. Johnson,

    Attached kindly find my letter of July, 27 2005 as well as your response dated August 3, 2005, in which you refer to a "first-in, first-out basis" for your response to the above mentioned FOIA request.

    Can you advise me of the status of my request?

Sincerely,

Philip M. Musolino

Enc.

EXHIBIT C



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20020

September 14, 2005

RE: 2005-08-005

Mr. Philip Musolino
Musolino & Dessel Attorneys At Law
1615 L. St., N.W. – Ste. 440
Washington, DC 20036

Dear Mr. Musolino:

This office is in receipt of your follow-up letter requesting the status of your Freedom of Information Act (FOIA) request dated July 27, 2005.

Your letter has been forwarded to the Office of Foreign Assets Control for appropriate action.

Sincerely,

Alana Johnson
Director, Disclosure Services

EXHIBIT D

**MUSOLINO & DESSEL**
*Attorneys At Law*

PHILIP M. MUSOLINO
LISA J. DESSEL

Counsel to the Firm:
RENA SCHILD
MAUREEN T. CANNON

PHILIP M. MUSOLINO
pmusolino@musolinoanddessel.com

1615 L Street, N.W.
Suite 440
Washington, DC 20036
Telephone: (202) 466-3883
Telecopier: (202) 775-7477

January 3, 2006

*VIA FACSIMILE (202) 622-3895*

Alana Johnson
Disclosure Services
Department of Treasury
Washington, DC 20220

RE:   2005-08-005

Dear Ms. Johnson,

Attached kindly find my letter of July, 27 2005 as well as your response dated August 3, 2005, and my follow-up letter of September 9, 2005.

Please advise me of the status of my request.

Sincerely,

Philip M. Musolino

Encl. As noted

EXHIBIT
E



# DEPARTMENT OF THE TREASURY
### WASHINGTON, D.C. 20220

January 10, 2006

RE: 2005-08-005

Mr. Philip Musolino
Musolino & Dessel Attorneys At Law
1615 L. St., N.W. – Ste. 440
Washington, DC 20036

Dear Mr. Musolino:

This office is in receipt of your follow up letter requesting the status of your Freedom of Information Act (FOIA) request dated July 27, 2005.

Your letter has been forwarded to the Office of Foreign Assets Control for appropriate action.

Sincerely,

Dale Underwood
Acting Director, Disclosure Services

EXHIBIT
F