UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YUGOIMPORT SDPR J.P. et. al.         :
                                      :
    *Plaintiff*                       :
                                      :
                                      :
vs.                                   :    Civil Action No._____
                                      :
THE UNITED STATES                     :
DEPARTMENT OF THE                     :
TREASURY et. al                       :
                                      :
    *Defendant*                       :

### CERTIFICATE OF RULE LCvR 7.1

I, the undersigned, counsel of record for Plaintiffs certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Yugoimport SDPR J.P or MFK Corporation Ltd.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Philip M. Musolino, Esq. #294652
*Musolino & Dessel*
1615 L Street, N.W., Suite 440
Washington, D.C. 20036
(202) 466-3883
*Voice*: (202) 466-3883
*Fax*:   (202) 775-7477
*Email*: pmusolino@musolinoanddessel.com