UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YUGOIMPORT SDPR J.P. et. al.         ) | |
| ) | |
| Plaintiffs,                          ) | |
| ) | |
| vs.                                  ) | Case No. 06 cv 0589 (RMU) |
| ) | |
| THE UNITED STATES                    ) | |
| DEPARTMENT OF THE TREASURY et. al. ) | |
| ) | |
| Defendants,                          ) | |

### AFFIDAVIT OF SERVICE

I, Samantha Reilly, an employee of Musolino & Dessel, and not a party to this case, being duly sworn and under oath do hereby declare, swear and affirm that on April 3, 2006, I sent via certified mail, return receipt requested a copy of the Complaint in the above-referenced matter, together with a copy of the Summons to the following:

United States Attorney General
Office of the Attorney General
1350 Pennsylvania Avenue NW, Suite 409
Washington, DC 20004

United States Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

Office of Foreign Assets Control
U.S. Department of the Treasury
Treasury Annex
1500 Pennsylvania Avenue, NW
Washington, DC 20220

Civil Process Clerk
United States Attorney
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

      Copies of the United States Postal Service Certified Mail Receipts are appended hereto.

*Samantha L. Reilly*
Samantha L. Reilly

Subscribed and sworn before me this 7th day of April, 2006.

My commission expires:

*Laura B. Makransky*
Notary Public



Laura B. Makransky
Notary Public, District of Columbia
My Commission Expires 02-14-2010

**Receipt 1 (top left):**

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

7005 1160 0002 6586 7273

Total Postage & Fees: 4/3/06

Sent To: OFAC / DOT
Street, Apt. No.; or PO Box No.: Treasury Annex 1500 Penn Ave
City, State, ZIP+4: WDC 20220

PS Form 3800, June 2002

**Receipt 2 (top right):**

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

7005 1160 0002 6586 7297

Total Postage & Fees: 4/3/06

Sent To: US Dept of Treasury
Street, Apt. No.; or PO Box No.: 1500 Penn Ave NW
City, State, ZIP+4: WDC 20020

PS Form 3800, June 2002

**Receipt 3 (bottom left):**

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

7005 1160 0002 6586 7303

Total Postage & Fees: 4/3/06

Sent To: US Attorney General
Street, Apt. No.; or PO Box No.: 1350 Penn Ave #409
City, State, ZIP+4: WDC 20004

PS Form 3800, June 2002

**Receipt 4 (bottom right):**

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

7005 1160 0002 6586 7280

Total Postage & Fees: 4/3/06

Sent To: US Attorney / Civil Process Clerk
Street, Apt. No.; or PO Box No.: 555 4th St NW
City, State, ZIP+4: WDC 20530

PS Form 3800, June 2002