IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YUGOIMPORT SDPR J.P, )<br>)<br>And, )<br>)<br>MFK CORPORATION, )<br>)<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>UNITED STATES DEPARTMENT )<br> OF THE TREASURY, )<br>)<br>And )<br>)<br>THE OFFICE OF FOREIGN )<br>ASSETS CONTROL, )<br>)<br>    Defendants ) | Civil Action No. 06-00589 (CKK)<br>Hon. Ricard M. Urbina |

## DEFENDANTS' NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of Record:

Please enter the appearance of Diane Kelleher as counsel for Defendants United States Department of the Treasury and the Office of Foreign Assets Control in the above-captioned case. Please note the following contact information for Ms. Kelleher:

| Address for U.S. Mail | Address for Overnight Mail and Hand Delivery |
|---|---|
| Diane Kelleher | Diane Kelleher |
| U.S. Department of Justice | U.S. Department of Justice |
| Civil Division, Federal Programs Branch | Civil Division, Federal Programs Branch |
| P.O. Box 883 | 20 Massachusetts Avenue, N.W., Room 7318 |
| Washington, D.C. 20044 | Washington, D.C. 20001 |

Tel: (202) 514-4775
Fax: (202) 616-8470
E-Mail: Diane.Kelleher@usdoj.gov

Dated: May 1, 2006                                  Respectfully submitted,

                                                                        PETER D. KEISLER
                                                                        Assistant Attorney General
                                                                        Civil Division

                                                                        KENNETH L. WAINSTEIN
                                                                        United States Attorney

Of Counsel
BRAD BROOKS-RUBIN                                   ELIZABETH SHAPIRO
Attorney-Adviser                                    Assistant Branch Director
Office of Foreign Assets Control                    Civil Division, Federal Programs Branch
Department of the Treasury

                                                                        /s/ Diane Kelleher
                                                                        _____

                                                                        DIANE KELLEHER
                                                                        Trial Attorney
                                                                        Department of Justice
                                                                        Civil Division
                                                                        Federal Programs Branch

                                                                        20 Massachusetts Ave., NW, Room 7318
                                                                        Washington, D.C. 20001

                                                                        Tel:    (202) 514-4775
                                                                        Fax:   (202) 616-8470
                                                                        Email: Diane.Kelleher@usdoj.gov

                                                                        *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2006, I caused the foregoing Notice of Appearance to be sent, via ECF, to:

> Philip Musolino, Esq.
> MUSOLINIO & DESSE;
> 1615 L St. NW, Suite 440
> Washington DC 20036
> Attorney for Plaintiff

/s/ Diane Kelleher

_____

Diane Kelleher