UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YUGOIMPORT SDPR J.P. et. al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 06 cv 0589 (RMU) |
| ) | |
| THE UNITED STATES ) | |
| DEPARTMENT OF THE TREASURY et. al. ) | |
| ) | |
| Defendants, ) | |

## AFFIDAVIT OF SERVICE

I, Samantha Reilly, an employee of Musolino & Dessel, and not a party to this case, depose and say that on April 3, 2006, I sent via certified mail, return receipt requested a copy of the Complaint in the above-referenced matter, together with a copy of the Summons to the following:

United States Attorney General
Office of the Attorney General
1350 Pennsylvania Avenue NW, Suite 409
Washington, DC 20004

United States Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

Office of Foreign Assets Control
U.S. Department of the Treasury
Treasury Annex
1500 Pennsylvania Avenue, NW
Washington, DC 20220

Civil Process Clerk
United States Attorney
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

On April 17, 2006, I sent via certified mail, return receipt requested a copy of the Complaint in the above-referenced matter, together with a copy of the Summons to:

United States Attorney General
Alberto Gonzales
Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

Copies of the United States Postal Service Certified Mail Return Receipts are appended hereto.

*Samantha L. Reilly*
Samantha L. Reilly

Subscribed and sworn before me this 2nd day of May, 2006.

My commission expires: 2/14/2010

*Laura B. Makransky*
Notary Public

[Notary Seal: LAURA B. MAKRANSKY, NOTARY PUBLIC, DISTRICT OF COLUMBIA]

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    U.S. Attorney General
    Office of the A.G.
    1350 Penn. Ave NW
    #409
    Washington DC 20004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   4.5.06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 1160 0002 6586 7303

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    OFAC
    U.S. Dept. of Treasury
    Treasury Annex
    1500 Penn. Ave. NW
    Washington DC 20220

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 1160 0002 6586 7273

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _M.~ Miter_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>APR 1 0 2006<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>U.S. Department of Treasury<br>1500 Pennsylvania Ave NW<br>Washington DC 20020 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1160 0002 6586 7297 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Ernest L Parker_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>APR 1 0 2006<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>U.S. Attorney<br>c/o Civil Process Clerk<br>U.S. Attorney's office<br>555 4th St, NW<br>Washington DC 20530 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1160 0002 6586 7280 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to: U.S. Attorney (AG) Alberto Gonzales Department of Justice 950 Pennsylvania Ave NW Washington, DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>_[signature]_<br>APR 2 4 2006 | |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes | |
| 2. Article Number (Transfer from service label) | 7005 1160 0002 6586 6542 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |