IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YUGOIMPORT SDPR J.P,               )
                                   )
And,                               )
                                   )
MFK CORPORATION,                   )
                                   )
        Plaintiffs,                )
                                   )
                                   )     Civil Action No. 06-00589
        v.                         )     Hon. Ricard M. Urbina
                                   )
UNITED STATES DEPARTMENT           )
   OF THE TREASURY,                )
                                   )
And                                )
                                   )
THE OFFICE OF FOREIGN              )
ASSETS CONTROL,                    )
                                   )
        Defendants                 )

**DEFENDANTS' UNOPPOSED MOTION FOR AN
EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Defendants United States Department of the Treasury and the Office of Foreign Assets Control (hereinafter "Defendants") hereby seek an extension of time in which to respond to the Complaint. As required by the Local Rules, undersigned counsel for Defendants has conferred with counsel for plaintiff, Philip Musolino, Esq., who has indicated that he does not oppose the relief requested in this motion. As grounds for this motion, Defendants state as follows:

1.      Plaintiffs' Complaint was filed March 30, 2006, and was served on the United States Attorney's Office for the District of Columbia on April 10, 2006.

2.      The Complaint seeks relief on a claim relating to the processing of a request plaintiffs made under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

3.      A response to the Complaint is due by May 11, 2006.

4.      In light of other litigation commitments and pressing needs, undersigned counsel requires additional time to prepare a response to the Complaint.

5.      This extension is not sought for the purposes of delay, and in light of plaintiffs' consent, will not result in prejudice to any party.

Wherefore, Defendants respectfully request that the Court grant it an additional period of time, through and including June 8, 2006, in which to file a response to the Complaint.  A proposed order is attached for the convenience of the Court.

Dated:  May 10, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General
Civil Division

KENNETH L. WAINSTEIN
United States Attorney

Of Counsel
BRAD BROOKS-RUBIN
Attorney-Adviser
Office of Foreign Assets Control
Department of the Treasury

ELIZABETH SHAPIRO
Assistant Branch Director
Civil Division, Federal Programs Branch

/s/ Diane Kelleher
_____

DIANE KELLEHER
Trial Attorney
Department of Justice
Civil Division
Federal Programs Branch

20 Massachusetts Ave., NW, Room 7318
Washington, D.C. 20001

Tel:    (202) 514-4775
Fax:    (202) 616-8470
Email: Diane.Kelleher@usdoj.gov

*Attorneys for Defendants*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 10, 2006, I caused the foregoing Defendants' Unopposed

Motion for an Extension of Time to Respond to the Complaint to be sent, via ECF, to:

Philip Musolino, Esq.
MUSOLINIO & DESSE;
1615 L St. NW, Suite 440
Washington DC 20036
Attorney for Plaintiff

/s/ Diane Kelleher

_____
Diane Kelleher