IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YUGOIMPORT SDPR J.P, ) | |
| ) | |
| And, ) | |
| ) | |
| MFK CORPORATION, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | Civil Action No. 06-00589 |
| v. ) | Hon. Ricard M. Urbina |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF THE TREASURY, ) | |
| ) | |
| And ) | |
| ) | |
| THE OFFICE OF FOREIGN ) | |
| ASSETS CONTROL, ) | |
| ) | |
| Defendants ) | |

The Court, having fully considered Defendants' Unopposed Motion for Extension of Time in Which to Respond to the Complaint, finds Defendants' Motion to be well-taken, and it is hereby GRANTED.  Defendants shall have through and including June 8, 2006, in which to respond to the Complaint.

IT IS SO ORDERED, this _____ day of May 2006.

_____
UNITED STATES DISTRICT JUDGE