IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YUGOIMPORT SDPR J.P, ) | |
| ) | |
| And, ) | |
| ) | |
| MFK CORPORATION, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 06-00589 |
| v. ) | Hon. Ricard M. Urbina |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF THE TREASURY, ) | |
| ) | |
| And ) | |
| ) | |
| THE OFFICE OF FOREIGN ) | |
| ASSETS CONTROL, ) | |
| ) | |
| Defendants ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR AN
EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Defendants United States Department of the Treasury and the Office of Foreign Assets Control (hereinafter "Defendants") hereby seek a second extension of time in which to respond to the Complaint. As required by the Local Rules, undersigned counsel for Defendants has conferred with counsel for plaintiff, Philip Musolino, Esq., who has indicated that he does not oppose the relief requested in this motion. As grounds for this motion, Defendants state as follows:

1. Plaintiffs' Complaint was filed March 30, 2006, and was served on the United States Attorney's Office for the District of Columbia on April 10, 2006.

2. The Complaint seeks relief on a claim relating to the processing of a request plaintiffs made under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

3. A response to the Complaint is due by June 8, 2006.

4. In light of other litigation commitments and pressing needs, undersigned counsel requires additional time to prepare a response to the Complaint.

5. Undersigned counsel was out of the office for most of the day on June 1, 2006, at a mediation, and will be out of the office all day on June 8, 2006, for another mediation.

6. Undersigned counsel will be out of town on business-related travel during the week of June 12, 2006.

7. This extension is not sought for the purposes of delay, and in light of plaintiffs' consent, will not result in prejudice to any party.

Wherefore, Defendants respectfully request that the Court grant it an additional period of time, through and including June 22, 2006, in which to file a response to the Complaint. A proposed order is attached for the convenience of the Court.

Dated:  June 6, 2006                                    Respectfully submitted,

                                                          PETER D. KEISLER
                                                          Assistant Attorney General
                                                          Civil Division

                                                          KENNETH L. WAINSTEIN
                                                          United States Attorney

Of Counsel
BRAD BROOKS-RUBIN                                        ELIZABETH SHAPIRO
Attorney-Adviser                                         Assistant Branch Director
Office of Foreign Assets Control                         Civil Division, Federal Programs Branch
Department of the Treasury

                                                          /s/ Diane Kelleher
                                                          _____

                                                          DIANE KELLEHER
                                                          Trial Attorney
                                                          Department of Justice
                                                          Civil Division
                                                          Federal Programs Branch

                                                          20 Massachusetts Ave., NW, Room 7318
                                                          Washington, D.C. 20001

                                                          Tel:    (202) 514-4775
                                                          Fax:    (202) 616-8470
                                                          Email: Diane.Kelleher@usdoj.gov

                                                          *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2006, I caused the foregoing Defendants' Unopposed Motion for an Extension of Time to Respond to the Complaint to be sent, via ECF, to:

Philip Musolino, Esq.
MUSOLINIO & DESSE;
1615 L St. NW, Suite 440
Washington DC 20036
Attorney for Plaintiff

/s/ Diane Kelleher
_____
Diane Kelleher