IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YUGOIMPORT SDPR, J.P., <u>et al</u>, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | Civil Action No. 06-00589 |
| v. ) | Hon. Ricardo M. Urbina |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF THE TREASURY, <u>et al.</u>, ) | |
| ) | |
| Defendants ) | |

The Court, having fully considered Defendants' Motion to Dismiss the Complaint, finds Defendants' Motion to be well-taken, and it is hereby GRANTED.

IT IS SO ORDERED, this _____ day of _____, 2006.

_____

HON. RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE