UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YUGOIMPORT SDPR J.P., et.al. : | |
| : | |
| *Plaintiffs* : | |
| : | 1:06 cv 00589 RMU |
| vs. : | |
| : | |
| THE UNITED STATES : | |
| DEPARTMENT OF THE : | |
| TREASURY, et.al. : | |
| : | |
| *Defendants* : | |

## CONSENT MOTION FOR ENLARGEMENT OF TIME TO OPPOSE DEFENDANTS' MOTION TO DISMISS COMPLAINT

COME NOW plaintiffs, YUGOIMPORT SDPR JP (hereinafter "Yugoimport") and MFK Corporation Ltd. of Uganda, ("MFK," collectively with Yugoimport "Plaintiffs"), by and through undersigned counsel, and, pursuant to F.R. Civ. Proc. 6, and LCvR 7(m), and with the consent of defendants through their counsel, move this Honorable Court to enlarge to Friday December 1, 2006 the time to oppose Defendants' Motion to Dismiss the Complaint and, in support of the motion to enlarge time, respectfully refer this Honorable Court to the annexed memorandum of points and authorities.

WHEREFORE, by all these presents, counsel for plaintiffs pray that the instant motion to enlarge time be granted.

Respectfully submitted,

/s/

Philip M. Musolino, Esq. #294652
*Musolino & Dessel*
1615 L Street, N.W., Suite 440
Washington, D.C. 20036
(202) 466-3883
*Voice*:  (202) 466-3883
*Fax*:    (202) 775-7477
*Email*:  pmusolino@musolinoanddessel.com

/s/ SJR

Sylvia J. Rolinski, Esq. # 430573
*Rolinski & Suarez, LLC*
14915 River Road
Potomac, Maryland 20854
*Voice*: (240) 632-0903
*Fax*:    (240) 632-0906
*Email*:  srolinski@rolinski.com

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **YUGOIMPORT SDPR J.P., et.al.** : | |
| : | |
| *Plaintiffs* : | |
| : | **1:06 cv 00589 RMU** |
| **vs.** : | |
| : | |
| **THE UNITED STATES** : | |
| **DEPARTMENT OF THE** : | |
| **TREASURY, et.al.** : | |
| : | |
| *Defendants* : | |

## ORDER

This matter having come before this Court on Plaintiffs' Consent Motion to Enlarge Time to Oppose Defendants' Motion to Dismiss the Complaint, and with the consent of all parties through counsel, it is, for good cause shown this ___ day of November, 2006:

ORDERED, that the instant motion be and is hereby GRANTED, and it is

FURTHER ORDERED that the time to oppose Defendants' Motion to Dismiss the Complaint be and is hereby enlarged to Friday December 1, 2006.

SO ORDERED.

_____
Ricardo M. Urbina, Judge
United States District Court for the
District Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YUGOIMPORT SDPR J.P., et.al. : | |
| : | |
| *Plaintiffs* : | |
| : | 1:06 cv 00589 RMU |
| vs. : | |
| : | |
| THE UNITED STATES : | |
| DEPARTMENT OF THE : | |
| TREASURY, et.al. : | |
| : | |
| *Defendants* : | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION TO ENLARGE TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS COMPLAINT

Because of holiday travel schedules and other professional obligations, plaintiffs' counsel seek a brief enlargement of time to respond to Defendants' Motion to Dismiss the Complaint. Counsel for defendants has no objection to the requested enlargement of time.

Respectfully submitted,

Philip M. Musolino, Esq. #294652
*Musolino & Dessel*
1615 L Street, N.W., Suite 440
Washington, D.C. 20036
(202) 466-3883
*Voice*: (202) 466-3883
*Fax*: (202) 775-7477
*Email*: pmusolino@musolinoanddessel.com

Sylvia J. Rolinski, Esq. # 430573
*Rolinski, Terenzio & Suarez, LLP*
14915 River Road
Potomac, Maryland 20854
*Voice*: (240) 632-0903
*Fax*: (240) 632-0906
*Email*: srolinski@rolinski.com