IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YUGOIMPORT SDPR J.P, )<br>)<br>and, )<br>)<br>MFK CORPORATION, )<br>)<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>UNITED STATES DEPARTMENT )<br>  OF THE TREASURY, )<br>)<br>and )<br>)<br>THE OFFICE OF FOREIGN )<br>ASSETS CONTROL, )<br>)<br>    Defendants ) | Civil Action No. 06-00589<br>Hon. Ricard M. Urbina |

**DEFENDANTS' UNOPPOSED
MOTION FOR AN EXTENSION OF TIME**

    Defendants United States Department of the Treasury and the Office of Foreign Assets Control (hereinafter "Defendants") hereby seek an extension of time in which file their Reply Brief in Support of their Motion to Dismiss. As required by the Local Rules, undersigned counsel for Defendants has conferred with counsel for plaintiffs, Philip Musolino, Esq., who has indicated that he does not oppose the relief requested in this motion. As grounds for this motion, Defendants state as follows:

    1.    Defendants filed a Motion to Dismiss on November 15, 2006.

    2.    After seeking an extension of time, Plaintiffs responded to the Motion on December 1, 2006.

2.	Pursuant to the Local Rules, and Fed. R. Civ. P. 6(e), Defendants' Reply Brief is due by December 11, 2006.

4.	In light of other litigation commitments and pressing needs, undersigned counsel requires additional time to prepare the Reply Brief.

5.	This extension is not sought for the purposes of delay, and in light of plaintiffs' consent, will not result in prejudice to any party.

Wherefore, Defendants respectfully request that the Court grant them an additional period of time, through and including December 19, 2006, in which to file their Reply Brief. A proposed order is attached for the convenience of the Court.

Dated: December 6, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General
Civil Division

JEFFREY A. TAYLOR
United States Attorney

Of Counsel
BRAD BROOKS-RUBIN
Attorney-Adviser
Office of Chief Counsel (Foreign Assets Control)
Department of the Treasury

ELIZABETH J. SHAPIRO
Assistant Branch Director
Civil Division, Federal Programs Branch

/s/ Diane Kelleher
_____

DIANE KELLEHER
Trial Attorney
Department of Justice
Civil Division
Federal Programs Branch

20 Massachusetts Ave., NW, Room 7318
Washington, D.C. 20001

Tel:   (202) 514-4775
Fax:   (202) 616-8470
Email: Diane.Kelleher@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2006, 2006, I caused the foregoing Defendants' Unopposed Motion for an Extension of Time to be sent, via ECF, to:

Philip Musolino, Esq.
MUSOLINIO & DESSE;
1615 L St. NW, Suite 440
Washington DC 20036
Attorney for Plaintiff

/s/ Diane Kelleher
_____
Diane Kelleher