IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YUGOIMPORT SDPR J.P, ) | |
| ) | |
| and, ) | |
| ) | |
| MFK CORPORATION, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | Civil Action No. 06-00589 |
| v. ) | Hon. Ricard M. Urbina |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF THE TREASURY, ) | |
| ) | |
| and ) | |
| ) | |
| THE OFFICE OF FOREIGN ) | |
| ASSETS CONTROL, ) | |
| ) | |
| Defendants ) | |

The Court, having fully considered Defendants' Unopposed Motion for Extension of Time, finds Defendants' Motion to be well-taken, and it is hereby GRANTED. Defendants shall have through and including December 19, 2006, in which to file their Reply Brief in support of their Motion to Dismiss.

IT IS SO ORDERED, this _____ day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE