IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YUGOIMPORT SDPR J.P, )<br>)<br>and, )<br>)<br>MFK CORPORATION, )<br>)<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>UNITED STATES DEPARTMENT )<br>  OF THE TREASURY, )<br>)<br>and )<br>)<br>THE OFFICE OF FOREIGN )<br>ASSETS CONTROL, )<br>)<br>    Defendants ) | Civil Action No. 06-00589<br>Hon. Ricard M. Urbina |

**JOINT MOTION FOR ABEYANCE**

    The parties hereby jointly move for an abeyance of all litigation deadlines until February 7, 2007. This request is made in good faith and with good cause, as set forth below:

    1. The parties are discussing a possible settlement of this litigation.

    2. Additional time is needed for the parties to complete their discussions.

    3. The parties therefore request an abatement of all deadlines until February 7, 2007, to see if a settlement can be reached.

    4. A proposed order accompanies this motion.

| | |
|---|---|
| Dated:  December 19, 2006 | Respectfully submitted, |
| | PETER D. KEISLER<br>Assistant Attorney General<br>Civil Division |
| | JEFFREY A. TAYLOR<br>United States Attorney |
| Of Counsel<br>BRAD BROOKS-RUBIN<br>Attorney-Adviser<br>Office of Chief Counsel (Foreign Assets Control)<br>Department of the Treasury | ELIZABETH J. SHAPIRO<br>Assistant Branch Director<br>Civil Division, Federal Programs Branch<br><br>/s/ Diane Kelleher<br>_____<br><br>DIANE KELLEHER<br>Trial Attorney<br>Department of Justice<br>Civil Division<br>Federal Programs Branch<br>20 Massachusetts Ave., NW, Room 7318<br>Washington, D.C. 20001<br>Tel:    (202) 514-4775<br>Fax:    (202) 616-8470<br>Email: Diane.Kelleher@usdoj.gov<br><br>*Attorneys for Defendants*<br><br>/s/ Philip Musolino (by DK, with consent)<br>_____<br><br>Philip Musolino, Esq.<br>Musolinio & Dessel<br>1615 L St. NW, Suite 440<br>Washington DC 20036<br>Tel:    (202) 466-3883 x103<br>Fax:    (202) 775-7477<br>E-mail:   pmusolino@musolinoanddessel.com<br><br>*Attorneys for Plaintiff* |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2006, 2006, I caused the foregoing Joint Motion for an Abeyance to be sent, via ECF, to:

> Philip Musolino, Esq.
> MUSOLINIO & DESSEL
> 1615 L St. NW, Suite 440
> Washington DC 20036
> Attorney for Plaintiff

/s/ Diane Kelleher
_____
Diane Kelleher