IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YUGOIMPORT SDPR J.P, ) | |
| ) | |
| and, ) | |
| ) | |
| MFK CORPORATION, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | Civil Action No. 06-00589 |
| v. ) | Hon. Ricard M. Urbina |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF THE TREASURY, ) | |
| ) | |
| and ) | |
| ) | |
| THE OFFICE OF FOREIGN ) | |
| ASSETS CONTROL, ) | |
| ) | |
| Defendants ) | |

THIS MATTER came before this Court on the parties' Joint Motion for an Abeyance,

IT IS HEREBY ORDERED that the parties' Motion be and hereby is GRANTED.

IT IS FURTHER ORDERED that all litigation deadlines in this matter are stayed until February 7, 2007, to facilitate the parties' settlement discussions.

IT IS SO ORDERED, this _____ day of December, 2006.

_____

UNITED STATES DISTRICT JUDGE