IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YUGOIMPORT SDPR J.P, )<br>)<br>and, )<br>)<br>MFK CORPORATION, )<br>)<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>UNITED STATES DEPARTMENT )<br>  OF THE TREASURY, )<br>)<br>and )<br>)<br>THE OFFICE OF FOREIGN )<br>ASSETS CONTROL, )<br>)<br>    Defendants ) | Civil Action No. 06-00589<br>Hon. Ricard M. Urbina |

### JOINT NOTICE

The parties hereby jointly inform the Court as follows:

1. All litigation deadlines in this case were stayed until February 7, 2007, to give the parties time to discuss a possible settlement.

2. The parties have reached an agreement and are finalizing the terms.

3. The parties expect that they will be able to inform the Court of the settlement terms during the week of February 28, 2007.

| | |
|---|---|
| Dated: February 7, 2007 | Respectfully submitted, |
| | PETER D. KEISLER<br>Assistant Attorney General<br>Civil Division |
| | JEFFREY A. TAYLOR<br>United States Attorney |
| Of Counsel<br>BRAD BROOKS-RUBIN<br>Attorney-Adviser<br>Office of Chief Counsel (Foreign Assets Control)<br>Department of the Treasury | ELIZABETH J. SHAPIRO<br>Assistant Branch Director<br>Civil Division, Federal Programs Branch<br><br>/s/ Diane Kelleher<br>_____ |

DIANE KELLEHER
Trial Attorney
Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Ave., NW, Room 7318
Washington, D.C. 20001
Tel:   (202) 514-4775
Fax:   (202) 616-8470
Email: Diane.Kelleher@usdoj.gov

*Attorneys for Defendants*

/s/ Philip Musolino (by DK, with consent)
_____

Philip Musolino, Esq.
Musolinio & Dessel
1615 L St. NW, Suite 440
Washington DC 20036
Tel:   (202) 466-3883 x103
Fax:   (202) 775-7477
E-mail:  pmusolino@musolinoanddessel.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 7, 2007, I caused the foregoing Joint Notice to be sent, via ECF, to:

> Philip Musolino, Esq.
> MUSOLINIO & DESSEL
> 1615 L St. NW, Suite 440
> Washington DC 20036
> Attorney for Plaintiff

          /s/ Diane Kelleher
          _____
          Diane Kelleher