IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YUGOIMPORT SDPR J.P, <br><br> And, <br><br> MFK CORPORATION, <br><br>    Plaintiffs, <br><br>    v. <br><br> UNITED STATES DEPARTMENT <br>  OF THE TREASURY, <br><br> And <br><br> THE OFFICE OF FOREIGN <br> ASSETS CONTROL, <br><br>    Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No. 06-00589 (CKK) <br> )  Hon. Ricard M. Urbina <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATED SCHEDULING ORDER

The parties hereby inform the Court that they have agreed on a processing schedule for the Freedom of Information Act ("FOIA") request at issue in this litigation. The parties have discussed the request, and Plaintiffs have narrowed their FOIA request so that the Office of Foreign Assets Control ("OFAC") is only being asked to release the names of individuals or entities that have received licenses to engage in commercial activity in Sudan.

The stipulated schedule for the processing of Plaintiffs' FOIA request is as follows:

1.    By March 30, 2007, Plaintiffs will pay the assessed fees for the processing of the request, which total $3,422.

2.    By May 29, 2007, the Office of Foreign Assets Control ("OFAC") will have transmitted the submitter's notices to the relevant individuals and/or entities encompassed within

Plaintiffs' FOIA request.

3. All responses to the submitter's notices will be due by June 28, 2007.

4. OFAC will review the responses as they come in, and will make any interim releases to Plaintiffs on July 9, 2007, and July 19, 2007.

5. All determinations regarding releasability must be made by OFAC by July 29, 2007.

6. All exempt information is to be released by August 7, 2007, except those records or portions of records determined to merit withholding under applicable law, including 5 U.S.C. § 552(b).

7. The parties will discuss redactions and determine if there needs to be any motion practice by September 6, 2007. The parties wish to resolve this case, to the greatest extent possible, without further contested proceedings.

Dated: March 5, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General
Civil Division

JEFFREY A. TAYLOR
United States Attorney

Of Counsel
BRAD BROOKS-RUBIN
Attorney-Adviser
Office of Chief Counsel (Foreign Assets Control)
Department of the Treasury

ELIZABETH J. SHAPIRO
Assistant Branch Director
Civil Division, Federal Programs Branch

/s/ Diane Kelleher
_____

DIANE KELLEHER
Trial Attorney
Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Ave., NW, Room 7318
Washington, D.C. 20001
Tel:   (202) 514-4775
Fax:   (202) 616-8470
Email: Diane.Kelleher@usdoj.gov

*Attorneys for Defendants*

/s/ Philip Musolino (by DK, with consent)
_____

Philip Musolino, Esq.
Musolinio & Dessel
1615 L St. NW, Suite 440
Washington DC 20036
Tel:   (202) 466-3883 x103
Fax:   (202) 775-7477
E-mail:  pmusolino@musolinoanddessel.com

*Attorneys for Plaintiff*

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2007, I caused the foregoing Stipulated Scheduling Order to be sent, via ECF, to:

>Philip Musolino, Esq.
>MUSOLINIO & DESSEL
>1615 L St. NW, Suite 440
>Washington DC 20036
>Attorney for Plaintiff

>/s/ Diane Kelleher
>_____
>Diane Kelleher