IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| YUGOIMPORT SDPR J.P., <u>et al.</u>, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 06-00589 (RMU) |
| | ) | Hon. Ricardo M. Urbina |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF THE TREASURY, <u>et. al</u>, | ) | |
| | ) | |
| Defendants | ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, and pursuant to the terms of the March 5, 2007 Stipulated Order between Plaintiffs Yugoimport SDPR J.P and MFK Corporation and Defendants the United States Department of the Treasury and the Office of Foreign Assets Control, the Parties hereby jointly stipulate to the dismissal with prejudice of the above-captioned case. The parties shall bear their own costs, fees and expenses. A proposed order is attached for the convenience of the Court.

Dated: September 24, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General
Civil Division

JEFFREY A. TAYLOR
United States Attorney

JOHN TYLER
Senior Trial Counsel
Civil Division, Federal Programs Branch

*Phil Musolino/DK with permission*

PHILIP MUSOLINO
Musolino & Dessel
1615 L St. NW, Suite 440
Washington DC 20036
Tel:    (202) 466-3883 x103
Fax:    (202) 775-7477
E-mail:  pmusolino@musolinoanddessel.com

*Attorneys for Plaintiffs*

*Diane Kelleher*

DIANE KELLEHER
Senior Counsel
Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Ave., NW, Room 7318
Washington, D.C. 20001
Tel:    (202) 514-4775
Fax:    (202) 616-8470
Email: Diane.Kelleher@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2007, I electronically filed the foregoing Joint Stipulation of Dismissal, with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

_/s/ Diane Kelleher_
Diane Kelleher