IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| YUGOIMPORT SDPR J.P., <u>et al.</u>, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 06-00589 (RMU) |
| | ) | Hon. Ricardo M. Urbina |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF THE TREASURY, <u>et. al</u>, | ) | |
| | ) | |
| Defendants | ) | |

## **ORDER OF DISMISSAL**

Upon a stipulation of dismissal by the parties, IT IS HEREBY ORDERED that the case is DISMISSED with prejudice. Each party is to bear its own attorneys' costs and fees.


Dated: _____                    _____

                                            HON. RICARDO M. URBINA
                                            UNITED STATES DISTRICT JUDGE